1  SEAN P. NALTY, ESQ. (State Bar No. 121253)
   sean.nalty@wilsonelser.com
2  SHIVANI NANDA, ESQ. (State Bar No. 253891)
   shivani.nanda@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
   Attorneys for Defendant
7  LIFE INSURANCE COMPANY OF
   NORTH AMERICA
8

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13 KATHLEEN GOLKAR, | Case No.:    C10-05083 SBA |
| 14          Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON** |
| 15     v. | |
| 16 LIFE INSURANCE COMPANY OF NORTH AMERICA, | Honorable Saundra Brown Armstrong |
| 17          Defendant, | Action Filed   :       November 10, 2010 |
| 18 | |

19          **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between plaintiff

20  Kathleen Golkar ("Plaintiff") and Life Insurance Company of North America ("LINA"), through

21  their attorneys of record, as follows:

22          1.      Defendant Life Insurance Company of North America was served with the Summons

23  and Complaint on or about November 22, 2010, and LINA's response to the Complaint currently is

24  due on or before December 13, 2010;

25          2.      Plaintiff and LINA have agreed that LINA may have an extension to and including

26  January 11, 2011 to answer or otherwise respond to the Complaint; and

27

28

---

1
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**

1       3.    This extension of time to respond to the Complaint does not exceed thirty (30) days,

2   and no previous stipulation to extend the time to answer or otherwise respond to the Complaint has

3   been filed in this action.

4

5   Date: December  13, 2010        WILSON, ELSER, MOSKOWITZ,
                            EDELMAN & DICKER LLP

6

7
                        By:     /s/SEAN P. NALTY

8                                 SEAN P. NALTY
                              SHIVANI NANDA

9                                 Attorneys for Defendant
                              LIFE INSURANCE COMPANY

10                                OF NORTH AMERICA

11

12  Date: December 13, 2010        WILLIAM A. RESNECK

13

14                          By:    /s/WILLIAM A. RESNECK

15                                WILLIAM A. RESNECK
                              Attorney for Plaintiff

16                                KATHLEEN GOLKAR

17
                              **ORDER**

18  **PURSUANT TO STIPULATION IT IS SO ORDERED.**

19

20  Date: 12/27/10            By:

21                              HONORABLE SAUNDRA BROWN ARMSTRONG
                            UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON**

USDC NDCA Case # C10-05083 SBA
614445.1