WILLIAM A. RESNECK, SBN 048535
Attorney at Law
Two Theatre Square, Suite 234
Orinda, CA 94563
Telephone:  (925) 253-0500
Facsimile:  (925) 253-0502
Waresneck@aol.com

Attorney for Plaintiff,
KATHLEEN GOLKAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHLEEN GOLKAR, | ) | CASE NO. C 10-05083 SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE CASE** |
| | ) | **MANAGEMENT CONFERENCE;** |
| vs. | ) | **[PROPOSED] ORDER THEREON** |
| | ) | |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 6.2, by and between plaintiff

Kathleen Golkar ("Plaintiff") and Life Insurance Company of North America ("LINA"), through

their attorneys of record, as follows:

1.      The Court set the Case Management Conference in the above matter for March 2,

2011, at 3:00 p.m., via telephone.

2.      Plaintiff's attorney will be out of town from March 2, 2011, through and including March 9, 2011.

3.      Plaintiff and LINA have agreed that the Case Management Conference may be continued to a new date ordered by the Court.

4.      Plaintiff's counsel will set up the conference call with all the parties on the line and call chambers at (510) 637-3559.

5.      Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges of The Northern District of California and the Standing Order of this Court.

Dated:  January 10, 2011          WILLIAM A. RESNECK


                                  By:      /s/ WILLIAM A. RESNECK_____
                                           WILLIAM A. RESNECK
                                           Attorney for Plaintiff
                                           KATHLEEN GOLKAR



Dated:  January 10, 2011          WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP


                                  By:      /s/SHIVANI NANDA_____
                                           SEAN P. NALTY
                                           SHIVANI NANDA
                                           Attorneys for Defendant
                                           LIFE INSURANCE COMPANY
                                           OF NORTH AMERICA

## ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** that the March 2, 2011 Case Management Conference is CONTINUED to May 19, 2011 at 3:00 p.m. via telephone.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.


Dated:  February 7, 2011      By:     _____

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE