SEAN P. NALTY, ESQ. (State Bar No. 121253)
sean.nalty@wilsonelser.com
SHIVANI NANDA, ESQ. (State Bar No. 253891)
shivani.nanda@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN GOLKAR,<br><br>          Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant, | Case No.:     C10-05083 SBA<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, the matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 10/28/11

_____
The Hon. Saundra Brown Armstrong
United States District Court Judge

1
**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**
761629.1                                                                 USDC NDCA Case # C10-05083 SBA